Ronnie A. NOEL, Plaintiff–Appellant,

v.

Lieutenant Colonel KUMER; Rosetta Bowles; Medical Director, Defendants–Appellees,

and

Paytel Phone System; Denise Y. Lunford, Commonwealth Attorney; William Kavanah, Arresting Officer; James Hingeley, Supervisor, Albemarle Public Defender's Office; VOPA, Virginia Office of Protection and Advocacy, Defendants.

No. 14–7520.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2015.

Decided: March 2, 2015.

Ronnie A. Noel, Appellant Pro Se. Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia, for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie A. Noel appeals the district court's order denying his motion for a preliminary injunction, denying as moot his motion for appointment of specialists,

granting the motion to dismiss claims against Lt. Col. Kumer and Rosetta Bowles, and dismissing without prejudice claims against the Medical Director of the Albemarle–Charlottesville Regional Jail. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Noel v. Lt. Col. Kumer*, No. 7:14–cv–00200–GEC–RSB (W.D.Va. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*